IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRENDIA BAILEY and JOHN'NIQUA
WOFFORD-LIBBETT, Each Individually
and on Behalf of All Others Similarly Situated     PLAINTIFFS

v.     No. 5:18-cv-222-DPM

JEFFERSON COUNTY, ARKANSAS     DEFENDANT

## ORDER

Bailey and Wofford-Libbett worked as deputy sheriffs for Jefferson County. They were jailers at the County's detention center. № 1 at 3. They now seek to conditionally certify a FLSA group that covers jailers employed by the County since August 2015. Bailey and Wofford-Libbett say that the County didn't properly pay jailers their owed overtime. The County hasn't responded to the motion for a group action.

The unopposed motion, № 9, is granted with directions on the notice. Bailey and Wofford-Libbett have met the lenient applicable standard: they've shown that a similarly situated group exists. *Helmert v. Butterball, LLC*, 2009 WL 5066759, at *3 (E.D. Ark. 15 Dec 2009). They have made the modest factual showing—through pleadings and affidavits—that the same kind of wage violation allegedly harmed all members of the proposed group. *Garrison v. ConAgra Foods Packaged*

*Food, LLC*, 2013 WL 1247649, at *2 (E.D. Ark. 27 Mar. 2013). These jailers' job duties were similar, plus they were all subject to the same overtime policy. № 9-7 at 2; № 9-8 at 2. The Court therefore conditionally certifies this group:

> All jailers employed by Jefferson County at any time since 30 August 2015.

The County must post notice in all its facilities. Notice to group members through text is fine. Notify members by mail only if no working cell number is available. One follow-up by postcard is fine, too. Do not enclose the pleadings with any notice. The County doesn't have to provide email addresses, but it must provide all other contact information by 15 February 2019. The opt-in period will close on 17 May 2019.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2019