IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRENDIA BAILEY and JOHN'NIQUA**                                                **PLAINTIFFS**
**WOFFORD-LIBBETT, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                 No. 5:18-cv-222-DPM

**JEFFERSON COUNTY, ARKANSAS**                                                   **DEFENDANT**

### JOINT MOTION FOR APPROVAL OF LIABILITY SETTLEMENT

COME NOW Plaintiffs Trendia Bailey and John'Niqua Wofford-Libbett, individually and on behalf of all others similarly situated, by and through their attorneys Stacy Gibson and Josh Sanford of Sanford Law Firm, PLLC, and Defendant Jefferson County, Arkansas, by and through its attorney C. Burt Newell, Attorney at Law, and for their Joint Motion for Approval of Liability Settlement, they do hereby state and allege as follows:

1. Plaintiffs filed this suit against Defendant alleging violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act on behalf of themselves and other similarly situated jailers. ECF No. 1.

2. The parties have reached an agreement to settle all claims brought in the lawsuit, subject to this Court's approval of the Settlement Agreement, attached hereto as Exhibit 1[1].

3. The parties negotiated a single liability settlement amount, which does not

---

[1] The Parties will submit the fully-executed Agreement as Supplemental Exhibit 1 after all Parties' signatures have been obtained.

Page 1 of 3
**Trendia Bailey, et al. v. Jefferson County, Arkansas**
**U.S.D.C. (E.D. Ark.) Case No. 5:18-cv-222-DPM**
**Joint Motion for Approval of Liability Settlement**

include attorneys' fees or litigation expenses. Attorneys' fees and litigation expenses were negotiated separately, but they were not resolved. The parties agree that, should no agreement on costs and fees be otherwise reached, Plaintiff swill submit a petition for attorneys' fees and costs within 14 days of an Order from this Court approving this settlement and granting this Motion.

4. The parties believe the Settlement Agreement is a fair, reasonable, and adequate compromise of a bona fide dispute.

5. A brief in support of this motion is being filed concurrently with this motion.

WHEREFORE, for the reasons stated above, the parties respectfully request the Court approve the Settlement Agreement and granting all appropriate relief.

Respectfully submitted,

**TRENDIA BAILEY AND JOHN'NIQUA WOFFORD-LIBBETT, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Stacy Gibson
Ark Bar No. 2014171
stacy@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
**Trendia Bailey, et al. v. Jefferson County, Arkansas**
U.S.D.C. (E.D. Ark.) Case No. 5:18-cv-222-DPM
Joint Motion for Approval of Liability Settlement

    and   **DEFENDANT JEFFERSON COUNTY, ARKANSAS**

*/s/ C. Burt Newell*
C. Burt Newell
Attorney at Law
Ark. Bar No. 82118
burt@hotspringslaw.net
Post Office Box 1620
Hot Springs, Arkansas 71902-1620
Telephone: (501) 321-2222
Facsimile: (501) 624-0533

**Page 3 of 3
Trendia Bailey, et al. v. Jefferson County, Arkansas
U.S.D.C. (E.D. Ark.) Case No. 5:18-cv-222-DPM
Joint Motion for Approval of Liability Settlement**