IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TRENDIA BAILEY and JOHN'NIQUA
WOFFORD-LIBBET, Each Individually
and on Behalf of all Others Similarly Situated            PLAINTIFFS

v.                         No. 5:18-cv-222-DPM

JEFFERSON COUNTY, ARKANSAS                                DEFENDANT

ORDER

**1.** The joint motion, *Doc. 65*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of a *bona fide* wages dispute. And the attorney's fee is being negotiated separately. The Court reads all references in the settlement document to the "class" as the "collective action" or "group".

**2.** For purposes of settlement, the Court converts the conditionally certified collective action into a finally certified group.

> All jailers employed by Jefferson County at any time since 30 August 2015.

The group members are listed in Exhibit A to the Settlement Agreement. *Doc. 65-2*. The Court directs the parties to administer their settlement as contemplated in their agreement.

**3.** Any motion for costs and attorney's fees due by 12 August 2021, *Doc. 63*. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement and resolve fee issues.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 July 2021