# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TRENDIA BAILEY and JOHN'NIQUA
WOFFORD-LIBBET, Each Individually
and on Behalf of all Others Similarly Situated        PLAINTIFFS

v.                    No. 5:18-cv-222-DPM

JEFFERSON COUNTY, ARKANSAS                 DEFENDANT

## JUDGMENT

Bailey and Wofford-Libbet's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 December 2021 to enforce the parties' settlement and resolve any attorney's fee issues.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 July 2021